UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| LILLIAN AINSLEY, )<br>  )<br>     Plaintiff, )<br>  )<br>v. )<br>  )<br>LOWES HOME CENTERS LLC, et al., )<br>  )<br>     Defendants. ) | 1:24-cv-00122-SDN |

### ORDER ON MOTION TO DISMISS

Before the Court is Plaintiff's motion to dismiss her case with prejudice (ECF No. 70). Defendants do not object to Plaintiff's request (ECF No. 71). Defendants further argue the Court should dismiss the matter with prejudice because Plaintiff has not complied with the Court's Order (ECF No. 64) to produce certified medical records to Defendants by April 9, 2025 (ECF No. 71 at 2).

Under Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Here, where the parties agree the matter should be dismissed with prejudice, the court considers such a dismissal proper. Accordingly, Plaintiff's action is DISMISSED WITH PREJUDICE.

**SO ORDERED.**

Dated this 21st day of May, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**